IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Afiniti, Ltd.,[1] | Case No. 24-12539 (LSS) |
| Debtor in a Foreign Proceeding. | |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 2

**PLEASE TAKE NOTICE** that, on November 3, 2024, Afiniti, Ltd., in its capacity as the duly authorized foreign representative (the "**Foreign Representative**") appointed by the Supreme Court of Bermuda, Companies (Winding Up) Commercial Court to represent the above-captioned debtor, filed the *Verified Petition and Motion Under Chapter 15 for (I) Recognition of a Foreign Main Proceeding, (II) Recognition of JPL Appointment Order, (III) Recognition of Sanction Order, (IV) Approval of Free and Clear Transfer of Assets, (V) Approval of the Procedure Governing the Closing of this Chapter 15 Case, and (VI) Related Relief* [Docket No. 2] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative hereby withdraws the Motion.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtor's registration number is 45859. The location of the Debtor's registered office is Crawford House, 50 Cedar Avenue, Hamilton, Pembroke, HM 11, Bermuda.

32346056.1

| | |
|---|---|
| Dated: November 3, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Kara Hammond Coyle*<br>**YOUNG CONAWAY STARGATT &TAYLOR, LLP**<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Rebecca Lamb (No. 7223)<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 571-6600<br>Email:   mnestor@ycst.com<br>            kcoyle@ycst.com<br>            rlamb@ycst.com<br><br>– and –<br><br>George Davis (*pro hac vice* pending)<br>David Hammerman (*pro hac vice* pending)<br>Meghana Vunnamadala (*pro hac vice* pending)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email:   george.davis@lw.com<br>            david.hammerman@lw.com<br>            meghana.vunnamadala@lw.com<br><br>– and –<br><br>Jason B. Gott (*pro hac vice* pending)<br>Jonathan Gordon (*pro hac vice* pending)<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Email:   jason.gott@lw.com<br>            jonathan.gordon@lw.com<br><br>*Counsel to the Foreign Representative* |

32346056.1