**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Afiniti, Ltd.,[1] | Case No. 24-12539 (LSS) |
| Debtor in a Foreign Proceeding. | **Ref. Docket Nos. 1, 4, 33 & 37** |

## NOTICE OF BERMUDA COURT'S DENIAL OF INJUNCTION

**PLEASE TAKE NOTICE** that Afiniti, Ltd., in its capacity as the foreign representative (the "**Foreign Representative**") duly authorized by the Supreme Court of Bermuda, Companies (Winding Up) Commercial Court (the "**Bermuda Court**") to represent the above-captioned debtor (the "**Debtor**"),[2] filed the *Chapter 15 Petition for Recognition of a Foreign Proceeding* [D.I. 1] (the "**Chapter 15 Petition**") on November 3, 2024 and the *Verified Petition and Motion Under Chapter 15 for (I) Recognition of a Foreign Main Proceeding, (II) Approval of Free and Clear Transfer or Other Disposition Under Section 363 of the Bankruptcy Code, (III) Approval of the Procedure Governing the Closing of this Chapter 15 Case and (IV) Related Relief* [D.I. 4] on November 4, 2024 (the "**Verified Petition**," and together with the Chapter 15 Petition, the "**Petition**") pursuant to chapter 15 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that on November 22, 2024, a sanction order was entered in the Bermuda Proceeding (the "**Approved Sanction Order**"). The Foreign Representative previously filed the Approved Sanction Order [D.I. 33].

**PLEASE TAKE FURTHER NOTICE** that, on November 25, 2024, Mr. Muhammad Ziaullah Khan Chishti filed a request with the Bermuda Court for an injunction against the Debtor and its joint provisional liquidators from taking any steps or seeking any orders in this Court that would close the Proposed Transactions and/or preclude Mr. Chishti from advancing his application for indemnity from the Debtor (the "**Injunction**"). *See* D.I. 37, ¶ 3.

**PLEASE TAKE FURTHER NOTICE** that, after a hearing on November 26, 2024, the Bermuda Court denied the Injunction.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtor's registration number is 45859. The location of the Debtor's registered office is Crawford House, 50 Cedar Avenue, Hamilton, Pembroke, HM 11, Bermuda.

[2] The Debtor is the subject of an insolvency proceeding (the "**Bermuda Proceeding**") currently pending in the Bermuda Court and captioned as *In the Matter of Afiniti Ltd. (Provisional Liquidators Appointed for Restructuring Purpos*es*) and In the Matter of the Companies Act 1981* (2024: No. 265).

Dated:  November 26, 2024

Wilmington, Delaware

Respectfully submitted,

*/s/ Kara Hammond Coyle*
**YOUNG CONAWAY STARGATT &TAYLOR, LLP**
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Rebecca Lamb (No. 7223)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600
Email:    mnestor@ycst.com
           kcoyle@ycst.com
           rlamb@ycst.com

– and –

George Davis (admitted *pro hac vice*)
David Hammerman (admitted *pro hac vice*)
Meghana Vunnamadala (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:    george.davis@lw.com
           david.hammerman@lw.com
           meghana.vunnamadala@lw.com

– and –

Jason B. Gott (admitted *pro hac vice*)
Jonathan Gordon (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:    jason.gott@lw.com
           jonathan.gordon@lw.com

*Counsel to the Foreign Representative*